UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | EDCV 12-122 DSF (OPx) | Date | 10/19/12 |
| Title | Lynn R. Gansar v. Lowe's HIW, Inc. | | |

Present: The Honorable   DALE S. FISCHER, United States District Judge

| R. Neal for Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) Order REMANDING Case to State Court Pursuant to Stipulation (Docket No. 21)

Based on the stipulation of the parties, this case is remanded to state court.

IT IS SO ORDERED.